1
2
3
4
5
6
7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTONIO LARREN TAYLOR,

11               Petitioner,                2:04-cv-2123-GEB-KJM-P

12       vs.

13   SAN JOAQUIN COUNTY,

14               Respondent.                <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On May 9, 2006, the magistrate judge filed findings and recommendations herein

20   which were served on petitioner and which contained notice to petitioner that any objections to

21   the findings and recommendations were to be filed within twenty days.  Petitioner has not filed

22   objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1. The findings and recommendations filed May 9, 2006, are adopted in full; and

2. Petitioner's November 21, 2005 application for a writ of habeas corpus is dismissed for failure to exhaust state remedies.

Dated:  June 27, 2006

```
                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge
```